### ANTHONY v. NATIONAL LABOR RELATIONS BOARD.

Circuit Court of Appeals, Ninth Circuit.

Dec. 31, 1942.

Guy Anthony, of Los Angeles, Cal., in propria persona.

No other appearances were entered.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Petitioner seeks our order permitting him to file and prosecute in forma pauperis a petition for review of an order of the National Labor Relations Board, which petitioner alleges "deprives him of re-employment and back wages due." The National Labor Relations Act gives this court no jurisdiction of such a controversy. To invoke our jurisdiction under § 10 of the Act, 29 U.S.C.A. § 160, the petitioner must be a "person aggrieved" by the order. A workman has no personal claim for back pay or reinstatement in employment enforcible in this court. Hence he is not a "person aggrieved" within the meaning of that Act. National Licorice Co. v. National Labor Relations Board, 309 U.S. 350, 363, 60 S.Ct. 569, 84 L.Ed. 799; National Labor Relations Board v. American Potash & Chemical Corp., 9 Cir., 113 F.2d 232, 235, 129 A.L.R. 874; National Labor Relations Board v. Sunshine Mining Co., 9 Cir., 125 F.2d 757, 761.

The petition is denied.